IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CATHERINE M. JONES,

    Plaintiff,

vs.                                                       CASE NO. 5:06cv96/RS

MICHAEL W. WYNNE, Secretary
of the Air Force,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 20) and Plaintiff's Objections to Report and Recommendation of U.S. Magistrate Judge (Motion to Dismiss) (Doc. 21). I have reviewed Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Motion To Dismiss (Doc. 8), construed as a motion for summary judgment, is **granted**.

3. The clerk is directed to enter summary final judgment for Defendant and to close the file.

ORDERED on June 6, 2007.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**